UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S 07-392 EJG |
| v. | ) | |
| | ) | |
| STEVEN HAROLD CEBELINSKI | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum          () Ad Testificandum

Name of Detainee: Steven Harold Cebelinski
Detained at (custodian): Sacramento County Jail
Detainee is:    a.)    (X) charged in this district by:   (X) Indictment  () Information  () Complaint
charging detainee with: Conspiracy to possess with intent to distribute methamphetamine, marijuana and cocaine; possession of methamphetamine with intent to distribute; possession of marijuana with intent to distribute; possession of cocaine with intent to distribute; felon in possession of a firearm; and criminal forfeiture
    or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (X) return to the custody of detaining facility upon termination of proceedings
    or    b.)    () be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /S/ |
| Printed Name & Phone No: | Carolyn K. Delaney, (916) 554-2798 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum         () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: August 31, 2007.

*Dale A. Drozd*
United States Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male X   Female |
| Booking or CDC #: | 2375029 | |
| | | DOB: 08/27/1980 |
| Facility Address: | Sacramento County Jail | Race: White |
| | 651 I Street, Sacramento, CA 95814 | FBI #: |
| Facility Phone: | (916) 874-6752 | |
| Currently Incarcerated For: | Parole Violation | |

### RETURN OF SERVICE

Executed on _____    By: _____
                                                                           (Signature)