```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
STEVEN HAROLD CEBELINSKI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-07-392-EJG |
| Plaintiff, | ) STIPULATION CONTINUING STATUS ) CONFERENCE |
| v. | )  AND ORDER THEREON |
| STEVEN HAROLD CEBELINSKI, | ) Date: November 30, 2007 |
| Defendant. | ) Time: 10:00 a.m. ) Judge: Hon. Edward J. Garcia |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through CAROLYN DELANEY, Assistant U.S. Attorney, and defendant, STEVEN HAROLD CEBELINSKI, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for November 2, 2007 be continued to November 30, 2007 at 10:00 a.m.

This continuance is being requested because the defense needs

1

additional time to review the discovery, investigate this case, and discuss the case and the relevant law with the government and the defendant.

The parties request that speedy trial time continue to be excluded from the date of this order through the date of the hearing set for November 30, 2007 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 29, 2007          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Rachelle Barbour
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 STEVEN HAROLD CEBELINSKI

                                 McGREGOR W. SCOTT
                                 United States Attorney


DATED: October 29, 2007          /s/ Rachelle Barbour for
                                 CAROLYN DELANEY
                                 Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: Oct. 30, 2007             /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 UNITED STATES DISTRICT JUDGE

2