**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **STEVEN H. CEBELINSKI**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**STEVEN H. CEBELINSKI**, )<br>)<br>Defendant, )<br>_____ ) | Crim. S-07-392 EJG<br><br>**STIPULATION AND ORDER THEREON**<br><br>(Cont. Status to 2/29/08) |

It is hereby stipulated between counsel for the defendant and the government that the status conference presently scheduled for February 1, 2008 may be continued until February 29, 2008 at 10:00 a.m. Counsel for the defendant is new to the case and needs the time until the proposed new date for review of the file and to discuss the matter with the defendant.

It is further stipulated that the time between February 1, 2008 and February 29, 2008 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 3161(h)(8)(B)(ii) (Local Code T-2) and 18 USC § 3161(h)(8)(B)(iv) (Local Code T-4).

January 31, 2008 13, 2007

/ s / Steven D. Bauer                                       / s / Carolyn Delaney
**STEVEN D. BAUER**                                 **CAROLYN DELANEY**
Attorney for Defendant                                Assistant United States Attorney

For Good Cause Appearing - **IT IS SO ORDERED**
Dated:   January 31, 2008
                                                                /s/ Edward J. Garcia
                                                                U. S. DISTRICT JUDGE