1 **STEVEN D. BAUER**
Attorney at Law - SBN 50084
2 428 J Street - Suite 350
Sacramento, California 95814
3 Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **STEVEN H. CEBELINSKI**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   )  <br>    )  <br>    Plaintiff,    )  <br>    )  <br>    v.    )  <br>    )  <br> **STEVEN H. CEBELINSKI**,    )  <br>    )  <br>    Defendant,    )  <br> _____ ) | Crim. S-07-392 EJG  <br><br> **STIPULATION AND ORDER THEREON**  <br><br> (Cont. Status to 5/2/08) |

It is hereby stipulated between counsel for the defendant and the government that the status conference presently scheduled for March 28, 2008 may be continued until May 2,, 2008 at 10:00 a.m. Counsel for the defendant have been engaged in settlement discussions and need the time between now and the proposed new date to facilitate those discussions

It is further stipulated that the time between March 28, 2008 and May 2, 2008 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 3161(h)(8)(B)(iv) (Local Code T-4).

Dated: March 27, 2008                    Dated: March 27, 2008

/ s / Steven D. Bauer                    / s / Carolyn Delaney

**STEVEN D. BAUER**                    **CAROLYN DELANEY**
Attorney for Defendant                 Assistant United States Attorney

(Order on Following Page)

1  For Good Cause Appearing
   **IT IS SO ORDERED**
2  Dated: March 27, 2008

3

4  /s/ Edward J. Garcia
   **EDWARD J. GARCIA**
5  U. S. District Judge