1

**STEVEN D. BAUER**
Attorney at Law - SBN 50084

2  428 J Street - Suite 350
Sacramento, California 95814

3  Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

4

Attorney for Defendant: **STEVEN H. CEBELINSKI**

5

6

7

8  ## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Crim. S-07-392 EJG |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **THEREON** |
| | ) | |
| **STEVEN H. CEBELINSKI**, | ) | ** *AS MODIFIED* ** |
| Defendant, | ) | (Cont. Status to 6/18/08) |
| | ) | |

11

12

13

14

15

16      It is hereby stipulated between counsel for the defendant  and  the

17  government that the status conference presently scheduled for *July* 11, 2008 may be

18  continued until *July* 18, 2008 at 10:00 a.m. Counsel for the defendant and the

19  government have been engaged in settlement discussions which have resulted in an

20  agreed disposition, or something very close to it.  The time between now and June 18,

21  2008 is necessary to complete the plea agreement, have it reviewed by the client and

22  presented to the court.

23      It is further stipulated that the time between *July* 11, 2008 and *July* 18, 2008 can

24  appropriately be excluded from the Speedy Trial Act pursuant to 18 USC §

25  3161(h)(8)(B)(iv) (Local Code T-4).

26

27

28  (Signatures and order on Following Page)

1   Dated:  July 10, 2008                          Dated:  July 10, 2008

2   / s / Steven D. Bauer                          / s / Carolyn Delaney

3   **STEVEN D. BAUER**                            **CAROLYN DELANEY**
    Attorney for Defendant                         Assistant United States Attorney

4

5
    For Good Cause Appearing
6   **IT IS SO ORDERED**
    Dated: June      , 2008
7

8   /s/ Edward J. Garcia
    **EDWARD J. GARCIA**
9   U. S. District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28