McGREGOR W. SCOTT
United States Attorney
KYLE F. REARDON
Assistant U.S. Attorney
501 I Street, Ste. 10-100
Sacramento, California 95814
Telephone: (916) 554-2782

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-cr-00392 EJG |
| ) Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| ) v. ) | |
| STEVEN HAROLD CEBELINSKI, ) | |
| ) Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Steven Harold Cebelinski, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853, defendant Steven Harold Cebelinski's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) $50,000 in U.S. Currency seized from 751 Central Park Drive, #432, Roseville, California, on or about August 14, 2007.

2. The above-listed asset constitutes property which was the proceeds of a violation of 21 U.S.C. § 841.

1

1    3.   Pursuant to Rule 32.2(b), the Attorney General (or a
2 designee) shall be authorized to seize the above-listed property.
3 The aforementioned property shall be seized and held by the
4 United States in its secure custody and control.
5    4.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule
6 83-171, the United States forthwith shall publish at least once
7 for three successive weeks in the <u>Auburn Sentinel</u> (Placer
8 County), a newspaper of general circulation located in the county
9 in which the above-listed property was seized, notice of this
10 Order, notice of the Attorney General's (or a designee's) intent
11 to dispose of the property in such manner as the Attorney General
12 may direct, and notice that any person, other than the defendant,
13 having or claiming a legal interest in the above-listed property
14 must file a petition with the Court within thirty (30) days of
15 the final publication of the notice or of receipt of actual
16 notice, whichever is earlier.
17         b.   This notice shall state that the petition shall be
18 for a hearing to adjudicate the validity of the petitioner's
19 alleged interest in the property, shall be signed by the
20 petitioner under penalty of perjury, and shall set forth the
21 nature and extent of the petitioner's right, title or interest in
22 the property and any additional facts supporting the petitioner's
23 claim and the relief sought.
24         c.   The United States may also, to the extent
25 practicable, provide direct written notice to any person known to
26 have alleged an interest in the property that is the subject of
27 the Order of Forfeiture, as a substitute for published notice as
28 to those persons so notified.

5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 in which all interests will be addressed.

SO ORDERED this 15th day of September, 2008.

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge