UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

                         ----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:07-CR-00392 WBS |
| Plaintiff, | |
| v. | **ORDER** |
| STEVEN HAROLD CEBELLINSKI, | |
| Defendant. | |

                         ----oo0oo----

Defendant has filed a Request for Disposition of Probation (Docket No. 43), citing Section 1203.2a of the California Penal Code. Because defendant was sentenced for a federal crime, that section, which applies only to state court convictions, is inapplicable.

IT IS THEREFORE ORDERED that defendant's Request for Disposition of Probation be, and the same hereby is, DENIED.

Dated: June 19, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1