Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 208
Sacramento, CA   95814

Telephone: (916) 443-1504
Email: pcozens@aol.com

Attorney for Defendant Steven Cebelinski

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:07-cr-0392 WBS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF DISPOSITION HEARING |
| v. | ) | |
| STEVEN CEBELINSKI | ) | |
| Defendant. | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Tanya B. Syed and Defendant Steven Cebelinski, through his attorney Philip Cozens, Esq. that:

The Sentencing Hearing currently scheduled for August 12, 2019, 2019 at 9:00 a.m. in Judge Shubb's Court be re-scheduled for August 26, 2019 at 9:00 a.m. in Judge Shubb's Court. The stipulated continuance is necessary because Defendant Steven Cebelinski's attorney requires additional time to draft and file Defendant's sentencing memorandum in this matter.

It is so stipulated.

/

/

STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF DISPOSITION HEARING   -1-

Dated: August 8, 2019                     /s/ Tanya B. Syed_____
                                          Tanya B. Syed
                                          Assistant United States Attorney
                                          Eastern District of California


                                          /s/ Philip Cozens_____
                                          Philip Cozens
                                          Attorney for Defendant
                                          Steven Cebelinski


**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Disposition Hearing currently scheduled for August 12, 2019 at 9:00 a.m. in Judge Shubb's Court be re-scheduled for August 26, 2019 at 9:00 a.m. in Judge Shubb's Court.

Dated: August 8, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE