UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
AUG 26 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07CR00392-01 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| **STEVEN HAROLD CEBELINSKI,** ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **Steven Harold Cebelinski** Case 2:07CR00392-01 WBS from custody for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    \_    Unsecured bond

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

   **X**   (Other)  **Defendant was sentenced to a term of TIME SERVED.**

Issued at _Sacramento, CA_ on _August 26, 2019_ at _11:26_ a.m.

By _/s/ William B. Shubb_
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing