Philip Cozens, State Bar Number 84051
Attorney at Law
Cohen Defense Group
1515 Lincoln Way
Auburn, CA   95603

Telephone: (530) 823-7700

Email: philicozens@cohen defense

Attorney for Defendant Steven Cebelinski

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:07-cr-00392-WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING** |
| v. | ) | |
| | ) | |
| STEVEN CEBELINSKI, | ) | |
| . | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of

California by Assistant United States Attorney Alstyn Bennett, Esq. and Defendant Steven

Cebelinski through his attorney Philip Cozens, Esq. that:

The Hearing currently scheduled for January 10, 2022 at 9:00 a.m. in Judge Shubb's

Court be re-scheduled for January 24, 2022 at 9:00 a.m. in Judge Shubb's Court.  The stipulated

continuance is necessary because Defendant Steven Cebelinski's attorney requires additional

time to review the probation report in this matter.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and

the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time

STIPULATION TO CONTINUE HEARING  -1-

1  should be excluded from speedy trial calculations from January 10, 2022 through and including

2  January 24, 2022.

3       It is so stipulated.

4  Dated: January 6, 2022                    /s/ Alstyn Bennett, Esq.

5                                            Alstyn Bennett, Esq.

6                                            Assistant United States Attorney

7                                            Eastern District of California

8

9

10                                           /s/ Philip Cozens

11                                           Philip Cozens

12                                           Attorney for Defendant

13                                           Steven Cebelinski

14

15                      **ORDER**

16       The above request to continue the Sentencing Hearing is **DENIED**.  Defendant is

17  **ORDERED** to appear virtually before the undersigned judge at 9:00 a.m., on January 10, 2022,

18  as previously scheduled.

19       Dated:  January 6, 2022

20

21                                           WILLIAM B. SHUBB

                                             UNITED STATES DISTRICT JUDGE

22

23

24

25

STIPULATION TO CONTINUE HEARING  -2-